
209 W. Jackson Blvd. Ste 700
Chicago, IL 60606

## Statement

| Date | 9/14/2010 |
|---|---|

Revelation Networks, Inc.
Attn. Accounts Payable
561 E. Mitchell Hammock Rd.
Oviedo, FL 32765

### Account

| Terms | Net 30 |
|---|---|
| Amount Due | $118,957.41 |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 12/31/2009 | Balance forward | | 0.00 |
| 06/01/2010 | INV #81360. Due 07/01/2010. | 43,024.33 | 43,024.33 |
| 07/01/2010 | INV #81404. Due 07/31/2010. | 12,500.00 | 55,524.33 |
| 07/08/2010 | PMT #TRN: 1355509189FF. TRN: 1355509189FF | -43,024.33 | 12,500.00 |
| 08/01/2010 | INV #81480. Due 08/31/2010. | 12,723.43 | 25,223.43 |
| 09/01/2010 | INV #81557. Due 10/01/2010. | 18,733.98 | 43,957.41 |
| 09/14/2010 | INV #81580. Due 10/14/2010. | 75,000.00 | 118,957.41 |

Please include the invoice number on your check or money order.

For questions, or wire/electronic payment information,
please contact billing@nlayer.com or call (312) 698-4802.

| | |
|---|---|
| Current | 93,733.98 |
| 1-30 Days Past Due | 12,723.43 |
| 31-60 Days Past Due | 12,500.00 |
| 61-90 Days Past Due | 0.00 |
| Over 90 Days Past Due | 0.00 |
| Amount Due | $118,957.41 |


EXHIBIT D


**nLAYER** COMMUNICATIONS
209 W. Jackson Blvd. Ste 700
Chicago, IL 60606

# Invoice

| | |
|---|---:|
| Invoice Number | 81404 |
| Billing Date | 7/1/2010 |
| **Due Date** | 7/31/2010 |

Revelation Networks, Inc.
Attn. Accounts Payable
561 E. Mitchell Hammock Rd.
Oviedo, FL 32765

## Account Summary

| | |
|---|---:|
| Terms | Net 30 |
| Invoice Total | $12,500.00 |
| Pmts/Credits | $0.00 |
| Invoice Balance | $12,500.00 |
| **Total Amt. Due** | **$118,957.41** |

| Description | Quantity | Unit Price | Subtotal |
|---|---:|---:|---:|
| *** August Monthly Charges *** | | | |
| IP Transit, 5000Mbps Commit, SO#SL041310 10Gbps Ports in CT-IAD1 and St-ATL3 | 5,000 | 2.50 | 12,500.00 |
| The above charges are for one month of service starting on the date one month subsequent to the Billing Date. | | | |
| *** One Time Charges *** | | | |
| Out-of-state sale, exempt from sales tax | | 0.00% | 0.00 |
| | | **Invoice Total** | **$12,500.00** |

Please print a copy of this invoice and mail it with your payment to:

**nLayer Communications, Inc.**
**Attn: Accounts Receivable**
**209 W. Jackson Blvd. Suite 700**
**Chicago, IL 60606-6936**

Please make checks payable to nLayer Communications, Inc.

Please be sure to include your Invoice Number on your check.

For Wire/Electronic payment information or if you have any questions regarding this invoice, please contact billing@nlayer.com or call us at (312) 698-4802.

**THANK YOU FOR YOUR BUSINESS!**


**nLAYER**
COMMUNICATIONS
209 W. Jackson Blvd. Ste 700
Chicago, IL 60606

## Invoice

| | |
|---|---|
| Invoice Number | 81480 |
| Billing Date | 8/1/2010 |
| Due Date | 8/31/2010 |

Revelation Networks, Inc.
Attn. Accounts Payable
561 E. Mitchell Hammock Rd.
Oviedo, FL 32765

## Account Summary

| | |
|---|---|
| Terms | Net 30 |
| Invoice Total | $12,723.43 |
| Pmts/Credits | $0.00 |
| Invoice Balance | $12,723.43 |
| **Total Amt. Due** | **$118,957.41** |

| Description | Quantity | Unit Price | Subtotal |
|---|---|---|---|
| *** September Monthly Charges *** | | | |
| IP Transit, 5000Mbps Commit, SO#SL041310<br>10Gbps Ports in CT-IAD1 and St-ATL3 | 5,000.00 | 2.50 | 12,500.00 |
| The above charges are for one month of service starting on the date one month subsequent to the Billing Date. | | | |
| *** One Time Charges *** | | | |
| IP Transit Overage: 89.37Mbps, Total Usage: 5,089.37Mbps<br>Out-of-state sale, exempt from sales tax | 89.37 | 2.50<br>0.00% | 223.43<br>0.00 |
| | | Invoice Total | $12,723.43 |

Please print a copy of this invoice and mail it with your payment to:

nLayer Communications, Inc.
Attn: Accounts Receivable
209 W. Jackson Blvd. Suite 700
Chicago, IL 60606-6936

Please make checks payable to nLayer Communications, Inc.

Please be sure to include your Invoice Number on your check.

For Wire/Electronic payment information or if you have any questions regarding this invoice, please contact billing@nlayer.com or call us at (312) 698-4802.

THANK YOU FOR YOUR BUSINESS!


**nLAYER** COMMUNICATIONS
209 W. Jackson Blvd. Ste 700
Chicago, IL 60606

## Invoice

| | |
|---|---|
| Invoice Number | 81557 |
| Billing Date | 9/1/2010 |
| Due Date | 10/1/2010 |

Revelation Networks, Inc.
Attn. Accounts Payable
561 E. Mitchell Hammock Rd.
Oviedo, FL 32765

## Account Summary

| | |
|---|---|
| Terms | Net 30 |
| Invoice Total | $18,733.98 |
| Pmts/Credits | $0.00 |
| Invoice Balance | $18,733.98 |
| Total Amt. Due | $118,957.41 |

| Description | Quantity | Unit Price | Subtotal |
|---|---|---|---|
| *** October Monthly Charges *** | | | |
| IP Transit, 5000Mbps Commit, SO#SL041310 10Gbps Ports in CT-IAD1 and St-ATL3 | 5,000.00 | 2.50 | 12,500.00 |
| The above charges are for one month of service starting on the date one month subsequent to the Billing Date. | | | |
| *** One Time Charges *** | | | |
| August IP Transit Overage: 2,493.59Mbps, Total Usage: 7,493.59Mbps Out-of-state sale, exempt from sales tax | 2,493.59 | 2.50 0.00% | 6,233.98 0.00 |
| | | Invoice Total | $18,733.98 |

Please print a copy of this invoice and mail it with your payment to:

nLayer Communications, Inc.
Attn: Accounts Receivable
209 W. Jackson Blvd. Suite 700
Chicago, IL 60606-6936

Please make checks payable to nLayer Communications, Inc.

Please be sure to include your Invoice Number on your check.

For Wire/Electronic payment information or if you have any questions regarding this invoice, please contact billing@nlayer.com or call us at (312) 698-4802.

THANK YOU FOR YOUR BUSINESS!



209 W. Jackson Blvd. Ste 700
Chicago, IL 60606

## Invoice

| | |
|---|---|
| Invoice Number | 81580 |
| Billing Date | 9/14/2010 |
| Due Date | 10/14/2010 |

Revelation Networks, Inc.
Attn. Accounts Payable
561 E. Mitchell Hammock Rd.
Oviedo, FL 32765

## Account Summary

| | |
|---|---|
| Terms | Net 30 |
| Invoice Total | $75,000.00 |
| Pmts/Credits | $0.00 |
| Invoice Balance | $75,000.00 |
| **Total Amt. Due** | **$118,957.41** |

| Description | Quantity | Unit Price | Subtotal |
|---|---|---|---|
| *** Final Invoice *** | | | |
| IP Transit, 5000Mbps Commit, SO#SL041310 10Gbps Ports in CT-IAD1 and St-ATL3 *** Service Period: November 1, 2010 - April 30, 2011 *** | 30,000 | 2.50 | 75,000.00 |
| The above charges are for one month of service starting on the date one month subsequent to the Billing Date. | | | |
| *** One Time Charges *** Out-of-state sale, exempt from sales tax | | 0.00% | 0.00 |
| | | Invoice Total | $75,000.00 |

Please print a copy of this invoice and mail it with your payment to:

**nLayer Communications, Inc.
Attn: Accounts Receivable
209 W. Jackson Blvd. Suite 700
Chicago, IL 60606-6936**

Please make checks payable to nLayer Communications, Inc.

Please be sure to include your Invoice Number on your check.

For Wire/Electronic payment information or if you have any questions regarding this invoice, please contact billing@nlayer.com or call us at (312) 698-4802.

THANK YOU FOR YOUR BUSINESS!



July 01, 2010 through July 30, 2010
Primary Account: **000000761214592**

## COMMERCIAL CHECKING

NLAYER COMMUNICATIONS INC
ACCOUNTS RECIEVABLE

Account Number: 000000761214592



## CHECKING SUMMARY

|  | INSTANCES |
|---|---|
| **Beginning Balance** |  |
| Deposits and Additions | 32 |
| Electronic Withdrawals | 3 |
| Other Withdrawals, Fees & Charges | 1 |
| **Ending Balance** | 36 |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/01 | | |
| 07/02 | | |
| 07/02 | | |
| 07/02 | | |
| 07/02 | | |
| 07/06 | | |
| 07/06 | | |
| 07/06 | | |
| 07/07 | | |
| 07/07 | | |
| 07/08 | Fed Wire Credit Via: Fifth Third Bank/042000314 B/O: Revelation Networks Inc Oviedo FL 32765 Ref: Chase Nyc/Ctr/Bnf=Nlayer Communications Inc Chicago IL 60606-6936/Ac-000000007612 Rfb=81360 Obi=Revelation Networks Bbi=/Time/10:15 Imad: 0708D2B74A1C001173 Trn: 1355509189Ff | 43,024.33 |